IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LORENZO MARTINEZ,

    Plaintiff,

v.                                                                  No. 14-cv-1016 KG/SMV

LEPRINO FOODS COMPANY,

    Defendant.

## ORDER SETTING TELEPHONIC MOTION HEARING

**Date and time**:    September 24, 2015, at 1:30 p.m.

**Matter to be heard**:    Joint Motion for Leave to Extend Discovery Deadline of September 16, 2015 and Plaintiff's Unopposed Motion for Leave to Supplement Plaintiff's Rule 26(a)(2) Disclosure of Expert Testimony [Doc. 27].

**IT IS ORDERED** that a telephonic hearing on the joint motion to extend certain deadlines [Doc. 27] is hereby set for **September 24, 2015, at 1:30 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.