IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LORENZO MARTINEZ,

    Plaintiff,

v.                                                          No. 14-cv-1016 KG/SMV

LEPRINO FOODS COMPANY,

    Defendant.

**ORDER VACATING AND RESETTING TELEPHONIC STATUS CONFERENCE**

    **Date and time**:    February 5, 2016, at 1:30 p.m.

    **Matter to be heard**:  Status Conference

The telephonic status conference set for January 15, 2016, [Doc. 35], is VACATED and RESET for **February 5, 2016, at 1:30 p.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]  Parties shall be prepared to discuss the status of discovery completed, any additional discovery anticipated, whether the parties are prepared to dismiss any claims or defenses, and when to schedule a settlement conference.  Counsel are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                                                 **STEPHAN M. VIDMAR**
                                                                 **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.