IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LORENZO MARTINEZ,

    Plaintiff,

v.                                                             No. 14-cv-1016 KG/SMV

LEPRINO FOODS COMPANY,

    Defendant.

### ORDER TO FILE CLOSING DOCUMENTS

Plaintiff's counsel notified chambers on February 3, 2016, that the parties had reached a settlement in this matter.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **March 18, 2016,** absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**