# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**LORENZO MARTINEZ,**

    **Plaintiff,**

**v.**	No. 14-cv-1016 KG/SMV

**LEPRINO FOODS COMPANY,**

    **Defendant.**

## AMENDED ORDER TO FILE CLOSING DOCUMENTS

Plaintiff's counsel notified chambers on February 3, 2016, that the parties had reached a settlement in this matter. Defendant's counsel has requested an extension of the original deadline to file closing documents.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **April 1, 2016** absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____

**STEPHAN M. VIDMAR**
**United States Magistrate Judge**