IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LORENZO MARTINEZ,

     Plaintiff,

v.                                  No.:1:14-cv-01016 KG-SMV

LEPRINO FOODS COMPANY,

     Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

     The parties having jointly moved for dismissal of this action with prejudice, it is hereby

ORDERED that this action is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

Approved:

SCHERR & LEGATE, PLLC

By:  */s/ Joseph Isaac – Approval via email on 3/16/16*
     Joseph Isaac
109 North Oregon, 12th Floor
El Paso, Texas  79901
Email:  jisaac@scherrlegate.com
Ph: (915) 319-2023
*Attorneys for Plaintiff*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By:  */s/ Theresa W. Parrish – Electronically Filed*
     Theresa W. Parrish
Post Office Box 1888
Albuquerque, New Mexico 87103
Ph: (505) 765-5900
*Attorneys for Defendant*